UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| EARL ROBERTSON | § § | |
| Plaintiff. | § § | |
| VS. | § § | CIVIL ACTION NO. 3:17–CV–00384 |
| FIESTA RESTAURANT GROUP, INC. | § § | |
| Defendant. | § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Pending before the Court is the Memorandum and Recommendation of United States Magistrate Judge Andrew M. Edison. On May 14, 2018, Defendant's Motion to Dismiss and Compel Arbitration (Dkt. 20) was referred to Judge Edison. (Dkt. 22). On June 8, 2018, Judge Edison filed a Memorandum and Recommendation recommending that Defendant's Motion to Dismiss be granted, and that the parties resolve the claims asserted in the lawsuit in accordance with the terms of their Arbitration Agreement.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) The Defendant's Motion to Dismiss and Compel Arbitration (Dkt. 20) is **GRANTED**; and

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 26th day of June, 2018.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge