United States District Court
Southern District of Texas
**ENTERED**
June 26, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| EARL ROBERTSON | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:17–CV–00384 |
| | § | |
| FIESTA RESTAURANT GROUP, INC. | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Adopting Magistrate Judge's Memorandum and Recommendation, it is **ORDERED** that this matter is **DISMISSED**.

**THIS IS A FINAL JUDGMENT.**

The Clerk will provide copies of this judgment to the parties.

SIGNED at Galveston, Texas, this 26th day of June, 2018.

_____
George C. Hanks Jr.
United States District Judge